IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-296-D

UNITED STATES OF AMERICA    :
                            :
        v.                  :    **JUDGMENT**
                            :
MARK DAVIS PRIDGEN          :

Pursuant to the Order of Forfeiture entered by the Court on January 10, 2011, judgment is hereby entered against defendant, MARK DAVIS PRIDGEN, in the amount of $647,139.00. Post-judgment interest shall accrue at the rate of .29%.

SO ORDERED. This 14 day of January 2011.

JAMES C. DEVER III
United States District Judge