UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE No: 5:09-CR-296-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER ON |
| vs. | ) | MOTION TO SEAL |
| | ) | |
| MARK DAVIS PRIDGEN, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that

Defendant's Third Motion to Extend Time to Self-Report be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file

under seal Defendant's Third Motion to Extend Time to Self-Report.

SO ORDERED. This _10_ day of January 2012.

JAMES C. DEVER III
Chief United States District Judge